UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

KODY MATHEW WILLIAMS,               )
                                    )
                  Plaintiff         )
v.                                  )        2:14-cv-00165-GZS
                                    )
CUMBERLAND COUNTY JAIL,             )
                                    )
                  Defendant         )

**RECOMMENDED DECISION**

On April 21, 2014, Plaintiff Kody Mathew Williams filed a complaint naming the Cumberland County Jail as Defendant.  (ECF No. 1.)  Plaintiff filed with the Complaint an Application to Proceed *In Forma Pauperis*.  (ECF No. 2.)  Upon review of Plaintiff's filings, the Court issued an Order requiring Plaintiff either to pay the filing fee or to submit an Amended Application as he had not provided the required financial information.  (ECF No. 3.)

On May 12, 2014, Plaintiff filed an Amended Application to Proceed *In Forma Pauperis* (ECF No. 4), which the Court granted on May 15, 2014. (ECF No. 5.)  In its Order of May 15, 2014, the Court ordered Plaintiff to notify the Court no later than June 4, 2014, of his intent to proceed with this action, in which notice he was to acknowledge that he understood his obligation to pay the complete filing fee as the funds became available to him.

Through the Order, the Court informed Plaintiff that should he fail to comply fully with the Order, the Court would recommend that the action be dismissed.  As of the date of this Recommended Decision, Plaintiff has failed to notify the Court of his intention to proceed.

Given that Plaintiff has failed to file a notice of intent to proceed as required by the Court's May 15, 2014, Order, and given that the deadline for filing the notice of intent to proceed passed

nearly two weeks ago, the recommendation is that the Complaint be dismissed due to Plaintiff's

failure to prosecute this action.


<u>NOTICE</u>

A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) (1993) for which *de novo* review by the district court is sought, together with a supporting memorandum, within fourteen (14) days of being served with a copy thereof. A responsive memorandum shall be filed within fourteen (14) days after the filing of the objection.

Failure to file a timely objection shall constitute a waiver of the right to *de novo* review by the district court and to appeal the district court's order.

June 17, 2014


/s/ John C. Nivison
U.S. Magistrate Judge