# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| KODY MATHEW WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 2:14-cv-00165-GZS |
| ) | |
| CUMBERLAND COUNTY JAIL, ) | |
| ) | |
| Defendant ) | |

# ORDER AFFIRMING THE
# RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 9) filed June 17, 2014, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Complaint is hereby **DISMISSED** for failure to prosecute the action.

      /s/ George Z. Singal
      United States District Judge

Dated this 17th day of July, 2014.